CAUSE NO.'s 12-CR-145, 12-CR-146, 12-CR-147

Roderick Creag Sr.                              §          IN THE 349th
            Defendant                           §
                                                §          District Court of
vs.                                             §          Houston County, Texas
                                                §
STATE OF TEXAS                                  §

## ORDER

On This day of August the 11th, 2017 came to be heard Roderick Creag Sr.'s Motion to Correct Bill of Costs Deleting the Appointment of Counsel and Private Investigator fees. Having heard the motin it is hereby decreed that the same shall be denied on this the 11 the Day ofAugusat in the year of our lord 2017.

Signed by

Pam Foster Fletcher Honorable Judge
of the 349th District Court